UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| BILLY WILLINGHAM, | CASE NO. C25-0438-KKE |
|---|---|
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| MATT BLACKBURN, et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Defendants filed a motion to dismiss Plaintiff's complaint or, in the alternative, for a more definite statement. Dkt. No. 14. The certificate of service on this motion indicates that Defendants provided notice of the motion to Plaintiff "via CM/ECF," but Plaintiff has not registered for e-filing and does not receive notice of filings via CM/ECF notifications. *See* Dkt. No. 14 at 11. Accordingly, Defendants must mail a copy of the motion to Plaintiff at his address listed on the docket. The Court accordingly RE-NOTES Defendants' motion (Dkt. No. 14) for June 27, 2025.

Dated this 28th day of May, 2025.

Ravi Subramanian
Clerk

*/s/Alejandro Pasaye Hernandez*
Deputy Clerk

MINUTE ORDER - 1