UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BILLY WILLINGHAM, | CASE NO. C25-0438-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| MATT BLACKBURN, et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Court previously instructed Defendants to mail a copy of their pending motion (Dkt. No. 14) to Plaintiff. Dkt. No. 16. Defendants shall file an updated certificate of service to document that mailing.

Dated this 30th day of May, 2025.

Ravi Subramanian
Clerk

/s/Alejandro Pasaye Hernandez
Deputy Clerk

MINUTE ORDER - 1