UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BILLY WILLINGHAM,<br><br>   Plaintiff(s),<br><br>   v.<br><br>MATT BLACKBURN, et al.,<br><br>   Defendant(s). | CASE NO. C25-0438-KKE<br><br>ORDER DISMISSING CASE |

The Court previously ordered Plaintiff to file an amended complaint containing specific information no later than July 31, 2025, and warned him that if he did not, his claims may be dismissed. *See* Dkt. No. 19. Plaintiff did not file an amended complaint. Thus, the Court now DISMISSES Plaintiff's claims without prejudice for failure to prosecute.

Dated this 15th day of August, 2025.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE - 1